# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 18-1172-SVW (JPR)**　　　　　　　Date: **October 23, 2018**
Title:  **Toai Cong Nguyen v. Nancy A. Berryhill**

================================================================
**DOCKET ENTRY: Order to Show Cause and Denying Extension Request**
================================================================

PRESENT:

　　　　**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

　　　　Bea Martinez　　　　　　　　　　　　　n/a
　　　　Deputy Clerk　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　ATTORNEYS PRESENT FOR DEFENDANT:
　　None present　　　　　　　　　　　　　　None present

**PROCEEDINGS: (IN CHAMBERS)**

　　On July 3, 2018, Plaintiff, through counsel, filed the Complaint in this Social Security action.  On July 19, the Court issued a case-management order, requiring Plaintiff to properly serve the summons and Complaint on the Commissioner and file proof of service with the Court within 30 days of the filing of the Complaint.  On August 24, Plaintiff requested an extension of time to effect service, asserting that the summons was sealed.  (Req. at 1.)  But Plaintiff's counsel has always had access to the summons.  Accordingly, there was no good cause for the request.[1]

　　Some 112 days have now passed since the Complaint was filed and Plaintiff has not filed proof of service with the Court.  The Federal Rules of Civil Procedure provide that "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  Fed. R. Civ. P. 4(m); see Boudette v. Barnette, 923 F.2d 754, 757-58 (9th Cir. 1991) (affirming dismissal of complaint for failure to timely serve summons and complaint); Carrasco v. U.S. Gov't, No. C06-5104-RJB, 2007 WL 764721, at *5 (W.D. Wash. Mar. 9, 2007) (nonprisoner IFP plaintiff not entitled to service by Marshal as matter of right),

---

[1] The request is therefore denied.  Moreover, it was not properly filed, and Plaintiff was alerted to the deficiency.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: bm
CIVIL-GEN

aff'd, 292 F. App'x 610, 610 (9th Cir. 2008).

Accordingly, Plaintiff must by November 7 either file proof of proper service on the Commissioner or show cause in writing why this action should not be dismissed for failure to prosecute. Plaintiff is warned that failure to do either will likely result in this action being dismissed for failure to prosecute.

cc: Judge Wilson