# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **SACV 18-1172-SVW (JPR)**　　　　　　　　Date: **March 19, 2019**
Title: **Toai Cong Nguyen v. Nancy A. Berryhill**

================================================================

**DOCKET ENTRY: Order to Show Cause**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, U.S. MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:　　　　ATTORNEYS PRESENT FOR DEFENDANT:
　　None present　　　　　　　　　　　　　　　　　None present

## PROCEEDINGS: (IN CHAMBERS)

On July 3, 2018, Plaintiff, through counsel, filed the Complaint in this Social Security action. On July 19, 2018, the Court issued a case-management order, requiring Plaintiff to properly and timely serve the summons and Complaint on the Commissioner and file proof of service.

Because Plaintiff did not do so, the Court on October 23, 2018, ordered him to file a proof of service by November 7 or show cause in writing why he could not do so. The Court warned Plaintiff that if he did neither the Court would likely dismiss this action. On November 7, 2018, Plaintiff filed a proof of service. When Defendant did not timely respond to the Complaint, the Court ordered Plaintiff to either move for entry of default or show cause why this case should not be dismissed for failure to prosecute. On March 12, 2019, Plaintiff moved for entry of default, but the Clerk declined to enter default because the proof of service was defective.

No later than seven days from the date of this order, Plaintiff must show cause in writing why this case should not be dismissed for failure to prosecute. If he does not timely do so, or if his proffered reasons are inadequate, this case will likely be dismissed.

cc: Judge Wilson

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: bm
CIVIL-GEN