JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TOAI CONG NGUYEN,

               Plaintiff,

         v.

NANCY A. BERRYHILL, Acting
Commissioner of Social
Security,

               Defendant.

) Case No. SACV 18-1172-SVW (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)
)

    For the reasons set forth in the accompanying Order
Dismissing Action for Failure to Prosecute, it is hereby ADJUDGED
that this action is dismissed.

DATED:   May 21, 2019

                                 STEPHEN V. WILSON
                                 U.S. DISTRICT JUDGE